IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

AIMEE MARIE JENKINS-GRIFFIN, Administrator of the Estate of
CHRISTOPHER GEORGE GRIFFIN, deceased,
    Plaintiff,

Civil Action No. 2:24-cv-600

v.

3M COMPANY;
E. I. DU PONT DE NEMOURS & CO. a/k/a EIDP, Inc.;
THE CHEMOURS COMPANY L.L.C.;
ARCHROMA U.S., INC.;
ARKEMA, INC.;
AGC CHEMICALS AMERICAS, INC.;
DAIKIN AMERICA, INC.;
MINE SAFETY APPLIANCE COMPANY LLC;
MSA SAFETY SALES, LLC;
GLOBE MANUFACTURING COMPANY LLC;
LION GROUP, INC.;
W. L. GORE & ASSOCIATES, INC.;
TEN CATE PROTECTIVE FABRICS USA d/b/a SOUTHERN MILLS INC.;
PBI PERFORMANCE PRODUCTS, INC.;
HONEYWELL INTERNATIONAL, INC.;
HONEYWELL SAFETY PRODUCTS USA, INC.;
STEDFAST USA, INC.;
MALLORY SAFETY AND SUPPLY LLC;
MUNICIPAL EMERGENCY SERVICES INC.; and
BRADSDEN SOLUTIONS, INC.,

    Defendants.

## NOTICE OF WAIVER OF ORAL ARGUMENT

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 78 and Local Rule 7, Plaintiff, by counsel, hereby waives oral argument on her Motion for Leave to Amend Complaint filed on November 20, 2024 as Rec. Doc. 39.

|  |  |
|---|---|
|  | Respectfully yours, |
|  | **AIMEE MARIE JENKINS-GRIFFIN, Administrator of the Estate of CHRISTOPHER GRIFFIN, deceased, Plaintiff** |
| Dated: <u>December 9, 2024</u> | /s/ Kevin Biniazan<br>Kevin Biniazan \| VSB No. 92109<br>Jeffrey A. Breit \| VSB No. 18876<br>Lauren Martin \| VSB No. 93653<br>BREIT BINIAZAN, PC<br>Towne Pavilion Center II<br>600 22nd Street, Suite 402<br>Virginia Beach, VA  23451<br>Telephone \| 757.622.6000<br>Facsimile \| 757.299.8028<br>Email \| kevin@bbtrial.com<br>Email \| jeffrey@bbtrial.com<br>Email \| lmartin@bbtrial.com<br><br>*Counsel for Plaintiff* |

## CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send notification of electronic filing (NEF) to counsel of record.

> s/ Kevin Biniazan
> Kevin Biniazan | VSB No. 92109
> BREIT BINIAZAN, PC
> Towne Pavilion Center II
> 600 22nd Street, Suite 402
> Virginia Beach, VA  23451
> Telephone | 757.622.6000
> Facsimile | 757.299.8028
> Email | kevin@bbtrial.com
>
> *Counsel for Plaintiff*
> .